# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRYAN PHILLIP BONHAM,
Petitioner,
vs.
BARBARA K. CEGAVSKE,
Respondent.

No. 83825

FILED

JAN 2 7 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DENYING PETITION*

This is a pro se original petition for a writ of mandamus. Petitioner has failed to file with the petition any appendix. NRAP 21(a)(4) (explaining that it is the petitioner's obligation to provide an appendix that includes all records that may be essential to understand the matters set forth in the petition). Accordingly, we

ORDER the petition DENIED.[1]

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Stiglich

---

[1]Petitioner's motion for an extension of time to obtain in forma pauperis status is denied, as this court has already waived the filing fee in this matter.

SUPREME COURT
OF
NEVADA

(O) 1947A

22-02751

cc: Bryan Phillip Bonham
Attorney General/Carson City
Clerk of the Court/Court Administrator